IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Vs.

HECTOR L. CARABALLO-PACHECO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case No: 03:00CR00043-043(PG)

**ORDER**

Upon petition of **MALISSA Y. APONTE, U.S. PROBATION OFFICER of this Court**, alleging that releasee, Hector L. Caraballo-Pacheco, has failed to comply with his conditions of supervised release, it is **ORDERED** that releasee appear before this Court on _July 14_ 2006 at _9:00 AM_, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the releasee's arrest, and notify defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this _20th_ day of _June_, 2006.

Juan M. Pérez-Giménez
SENIOR U.S. DISTRICT JUDGE